Teresa C. Chow, Bar No. 237694
*tchow@bakerlaw.com*
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Casie D. Collignon (admitted *pro hac* vice)
*ccollignon@bakerlaw.com*
BAKER & HOSTETLER LLP
1801 California Street
Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

Matthew D. Pearson, Bar No. 294302
*mpearson@bakerlaw.com*
BAKER & HOSTETLER LLP
600 Anton Blvd., Suite 900
Costa Mesa, CA 92626
Telephone: 714.754.6000
Facsimile: 714.754.6611

Attorneys for Defendant Scripps Health

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

# IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Scripps Health Data Breach Litigation* | Case No.: 3:21-cv-01135-GPC-MSB<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STAY THE ACTION**<br><br>[Filed Concurrently with Memorandum of Points and Authorities; Declarations of Pearson and Juliano; and (Proposed) Order]<br><br>DATE: January 21, 2022<br>TIME: 1:30 p.m.<br>COURT RM.: 2D<br><br>CAC Filed: June 21, 2021 |

**TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** at 1:30 p.m. on January 21, 2022, or as soon thereafter as the matter may be heard, in Courtroom 2D in the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, before the Honorable Gonzalo P. Curiel, Defendant Scripps Health ("Scripps") will and hereby does move for an order dismissing the above-entitled action under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction under the Class Action Fairness Act ("CAFA") or, in the alternative, staying the action under the *Colorado River* Doctrine.

Dismissing the action is warranted because the elements of the home-state-controversy exception, a mandatory exception to jurisdiction under CAFA, has been met. Scripps is a California corporation with its principal place of business in San Diego, making Scripps a California Citizen. Additionally, it is more likely than not that more than two-thirds of the putative class, as defined by Plaintiffs, are California citizens. Therefore, the Court cannot exercise jurisdiction over this action under CAFA, the only source of jurisdiction asserted by Plaintiffs.

In the alternative, even if the Court finds that it has jurisdiction over this action, it still should refuse to exercise that jurisdiction pursuant to the *Colorado River* Doctrine. This action is neither the first nor the second putative class action brought against Scripps that arises out of the ransomware attack perpetrated on Scripps in early 2021 ("Ransomware Attack"). There are two, earlier-filed putative class actions that (1) have since been consolidated with a third, related putative class action and (2) are pending in the Superior Court of California, County of San Diego. Those earlier-filed state court actions arise out of the same Ransomware Attack that allegedly gives rise to this Action, are brought against the same defendant, seek to represent the same putative class, assert all of the valid causes of action asserted in this Action, have progressed further than this action, adequately

protect the interest of the Plaintiffs here, and will resolve all controversies at issue in this action. As such, the *Colorado River* Doctrine dictates that this Court should refuse to exercise jurisdiction over this action in order to avoid unnecessary, duplicative litigation and the very real possibility of conflicting rulings.

This Motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities; the Declarations of Taunya Juliano and Matthew D. Pearson; all other papers, documents, or exhibits that may be filed in support of this Motion; and the argument of counsel, if any, made at the hearing.

Dated:  November 18, 2021         Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/Matthew D. Pearson*
Casie D. Collignon
*Ccollignon@bakerlaw.com*
Teresa C. Chow
*Tchow@bakerlaw.com*
Matthew D. Pearson
*Mpearson@bakerlaw.com*

Attorneys for Defendant Scripps Health