

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re   Scripps Health Data Breach Litigation;Michael Rubenstein; Richard Machado; Kate Rasmuzzen; James D. Garren<br><br>                                                    **Plaintiff,**<br><br>                             V.<br><br>Scripps Health<br><br><br><br>                                                    **Defendant.** | Civil Action No.  21-cv-1135-GPC-MSB<br><br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendant's motion to dismiss for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1)

Date:         1/26/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  D. Gilbert
                                               D. Gilbert, Deputy