NAME AND ADDRESS OF ATTORNEY

Bibianne U. Fell (S.B. # 234194)
FELL LAW, P.C.
402 W. Broadway, Suite 950
San Diego, CA 92101

PHONE: (858) 201-3960

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE  Hon. Gonzalo P. Curiel                COURT REPORTER  N/A

In re: Scripps Health Data Security Breach Litigation                    )
                                                                          )
(Appellant/Appellee)          Plaintiff            )    CIVIL NO.  3:21-cv-01135-GPC-MSB
                                                   )
            vs                                     )
                                                   )    NOTICE OF APPEAL          (Civil)
                                                   )
(Appellant/Appellee)          Defendant

Notice is hereby given that  Michael Rubenstein, Richard Machado, James Garren, & Kate Rasmuzzen

__✘__ Plaintiff _____ Defendant above named, hereby appeals to the United States Court

of Appeals for the:    (check appropriate box)

__✘__ Ninth Circuit                                _____ Federal Circuit

from the:               (check appropriate box)

_____ Final Judgment                             __✘__ Order (describe)

entered in this proceeding on the __26__ day of __January__, 20 __22__.
Transcripts required _____ Yes       __✘__ No.
Date civil complaint filed: __6/21/21__.

Date: 2/14/22                                      /s/Bibianne U. Fell
                                                   Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)