|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 29 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: SCRIPPS HEALTH DATA BREACH LITIGATION,

_____

MICHAEL RUBENSTEIN, individually, and on behalf of all others similarly situated; et al.,

          Plaintiffs-Appellants,

 v.

SCRIPPS HEALTH,

          Defendant-Appellee.

No. 22-55186

D.C. No. 3:21-cv-01135-GPC-MSB
Southern District of California,
San Diego

ORDER

Appellants' unopposed motion (Docket Entry No. 21) for voluntary dismissal is granted. This appeal is dismissed with prejudice. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT

          By: Linda K. King
          Deputy Clerk
          Ninth Circuit Rule 27-7

LK/Pro Mo